

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of V.K.H.H., a Child

No. 06-21-00072-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 19D0442-CCL). Opinion delivered by Justice Carter,* Chief Justice Morriss and Justice Stevens participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the order of the court below. We affirm the trial court's order.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED MAY 11, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk